# First District Court of Appeal
## State of Florida

————————————————

No. 1D2024-0462

————————————————

James Nisewonger,

Appellant,

v.

April Nisewonger (Jacob),

Appellee.

————————————————

On appeal from the Circuit Court for Santa Rosa County.
Darlene Fallon Dickey, Judge.

August 13, 2025

Per Curiam.

Appellant challenges an amended supplemental final judgment for dissolution of marriage on multiple grounds. As to his argument that the trial court erred in failing to set aside the final judgment due to fraud and misrepresentation, this Court lacks jurisdiction. Appellant did not appeal the October 11, 2022, order addressing this issue. We affirm as to the remainder of issues raised on appeal.

Affirmed.

Ray, Kelsey, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


James Nisewonger, pro se, Appellant.

Travis R. Johnson, Gulf Coast Divorce, PLLC, Pensacola, for Appellee.